IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-00004 CRB |
| Plaintiff, | **ORDER FOR DEFENDANT'S COUNSEL TO APPEAR** |
| v. | |
| ULISES CASTELLANOS-CISNEROS, | |
| Defendant. / | |

The Court held a status conference in the above matter on November 21, 2007. Arturo Hernandez, counsel for defendant Ulises Castellanos-Cisneros, did not appear and did not otherwise communicate with the Court. The Court continued the conference to November 28, 2007. Counsel Arturo Hernandez, again, did not appear and again did not otherwise communicate with the Court. Accordingly, the Court ordered counsel Arturo Hernandez to appear before the Court at 2:15 p.m. on December 5, 2007. This time counsel Hernandez appeared and the matter was continued to December 19, 2007 at 2:15 p.m. for a change of plea.

Unfortunately, counsel Hernandez did not appear on December 19, 2007 and did not otherwise communicate with the Court. Accordingly, counsel Arturo Hernandez **IS**

//

//

1 **ORDERED** to appear before the Court on January 9, 2007 at 2:15 p.m. for a change of plea.

2     **IT IS SO ORDERED.**

Dated: December 21, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE